CHONG SU YI, Plaintiff-Appellant,

v.

Mathew M. MOORE, Defendant-
Appellee.

No. 16-1718

United States Court of Appeals,
Fourth Circuit.

Submitted: December 15, 2016

Decided: December 19, 2016

Chong Su Yi, Appellant Pro Se.

Before SHEDD, DUNCAN, and AGEE,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Chong Su Yi appeals the district court's
orders dismissing his complaint under 28
U.S.C. § 1915(e)(2) (2012) and denying his
motion for reconsideration. We have re-
viewed the record and find no reversible
error. Accordingly, we modify the district
court's dismissal to show that it is without

prejudice and affirm for the reasons stated by the district court. Yi v. Moore, No. 8:16-cv-00789-TDC (D. Md. Apr. 21 & May 31, 2016); see also Nagy v. FMC Butner, 376 F.3d 252, 258 (4th Cir. 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED